U.S. District Court

[redacted]

15 E, 300 South 4th Street
Minneapolis, MN 55414
664-5053
Fax: 664-5054

March 3, 2005

COUNSEL OF RECORD

Re: Cr. #02-36 USA v. Patrick Joseph Matter

Dear Counsel:

Please be advised that a resentencing hearing before Chief Judge James Rosenbaum has been scheduled for March 10, 2005 at 9:00 a.m. If an interpreter is required, please contact me as soon as possible.

Please call if you have any questions. Thank you.

Sincerely,

s/Heather Labat

Heather Labat Calendar Clerk to
Chief Judge James M. Rosenbaum
Work - 612-664-5053
Fax - 612-664-5154
e-mail Heather_Labat@mnd.uscourts.gov

cc: All Counsel of Record
Pretrial Services
Probation Office