# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | Case No: 02-36 JMR/FLN (1) |
| | ) | Date: March 10, 2005 |
| | ) | Court Reporter: Colleen Sichko, Shaddix |
| Patrick Matter (1), | ) | Time Commenced: 9:05 a.m. |
| Defendant. | ) | Time Concluded: 9:35 a.m. |
| | ) | Time in Court: 0 Hours & 30 Minutes |

Before James M. Rosenbaum, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Jeff Paulsen
For Defendant: James Ostgard 9 FPD 9 CJA : Retained 9 Appointed

Interpreter/Language: /

9 **Evidentiary Hearing** (only selection if witness list filed).

: **Resentencing.**

9 Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 4s | X | | 144 months | | | | |
| 7s | X | | 144 months | | | | |

Said terms to run : concurrently 9 consecutively

: Defendant's sentence is modified to a term of custody of 144 months with credit for time served. In all other regards the Court's judgment remains in effect.

9 Defendant sentenced to pay:
- 9 Fine in the amount of $.
- 9 Restitution in the amount of $.
- 9 Costs of prosecution in the amount of $ to be paid .
- 9 Special assessment in the amount of$ to be paid .

9 Plea and plea agreement accepted.
9 Execution of sentence of imprisonment suspended until.
9 Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
9 Execution of sentence of fine suspended.
9 On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
: Motion for departure is : granted 9 denied.
: Defendant remanded to the custody of the U.S. Marshal.

s/Heather Labat
Calendar Clerk