UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-36(1)(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Patrick Joseph Matter | ) | |

The government moves to reduce defendant's sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. This matter was heard on March 10, 2005.

Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, IT IS ORDERED that:

1. The government's motion is granted. Defendant is hereby resentenced to concurrent terms of 144 months' imprisonment on both counts of conviction, with credit to be given for time served.

2. In all other respects, the Judgment of December 2, 2003, remains in effect.

Dated: March 11th, 2005

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge