# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

Cr. 02-36

No. 03-3960

| | | |
|---|---|---|
| United States of America, | * | |
| Appellee, | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| Patrick Jospeh Matter, | * | |
| Appellant. | * | |

RECEIVED BY MAIL
JUN 2005
CLERK, U.S. DIST. COURT MINNEAPOLIS, MN

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

(5359-010199)

June 20, 2005

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

JUN 23 2005